UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

LARRY MALLARD,

                             Plaintiff,

  -against-                                    9:21-CV-1080 (LEK/TWD)

STEVEN M. REDNER, *et al.*,

                             Defendants.

## **DECISION AND ORDER**

       This matter comes before the Court following an Order and Report-Recommendation issued by the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Dkt. No. 65 ("Order and Report-Recommendation"). On October 28, 2022, Judge Dancks ordered that Plaintiff's motion to amend, Dkt. No. 51, be granted in part and denied in part, Order and R. & R. at 3–14, and recommended that Defendant's motion to dismiss, Dkt. No. 44, be denied as moot, Order and R. & R. at 13–15.

       Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." <u>Urena v. People of State of New York</u>, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001) (quoting <u>Nelson v. Smith</u>, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). Clear error "is present when upon review of the entire record, the court is left with the definite and firm conviction that a mistake has been committed." <u>Rivera v. Fed. Bureau of Prisons</u>, 368 F. Supp. 3d 741, 744 (S.D.N.Y. 2019).

No objections have been raised in the allotted time with respect to Judge Danck's Report-Recommendation. See Dkt. After carefully examining the record, the Court has determined that her Report-Recommendation finding that Defendant's motion to dismiss should be denied as moot, Order and R. & R. at 13–15, evinces no clear error or manifest injustice.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation contained within the Order and Report-Recommendation (Dkt. No. 65) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendant's motion to dismiss (Dkt. No. 44) is **DENIED as MOOT**; and it is further

**ORDERED**, that the Clerk serve a copy of this Decision and Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED:   January 25, 2023
         Albany, New York

LAWRENCE E. KAHN
United States District Judge